**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eduardo HERNANDEZ, a/k/a Sergio Sierra Lopez, Defendant— Appellant.**

**No. 05–50546.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Becky S. Walker, Esq., Tracy L. Wilkison, Esq., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jonathan D. Libby, Deputy FPD, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT, CALLAHAN, Circuit Judges.

MEMORANDUM **

Eduardo Hernandez appeals from his sentence imposed following his conviction for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. Hernandez contends that district court err by sentencing him to a term of 51 months when he only pled to the elements of 8 U.S.C. § 1326(a), which carries a maximum sentence of two years. He contends that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) is no longer good law. This issue is foreclosed. *See United States v. Weiland,* 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres* even though it has been called into question, unless it is explicitly overruled by the Supreme Court).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.